# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 23-1102**　　　　　　　　　　　　　September Term, 2023

EPA-88FR9336

Filed On: July 26, 2024

State of Utah, by and through its Governor, Spencer J. Cox and its Attorney General, Sean D. Reyes,

    Petitioner

    v.

Environmental Protection Agency and Michael S. Regan,

    Respondents

------------------------------

Consolidated with 23-1103, 23-1105, 23-1106, 23-1107, 23-1112, 23-1113, 23-1115

_____

**No. 24-1040**

State of Utah, by and through its Governor, Spencer J. Cox, and its Attorney General, Sean D. Reyes,

    Petitioner

    v.

Environmental Protection Agency and Michael S. Regan, Administrator, U.S. EPA,

    Respondents

------------------------------

Consolidated with 24-1041, 24-1042

United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 23-1102**                                            September Term, 2023

_____

**No. 24-1043**

State of Oklahoma, by and through its
Attorney General, Gentner F. Drummond and
Oklahoma Department of Environmental
Quality,

       Petitioners

   v.

Environmental Protection Agency and
Michael S. Regan, Administrator, U.S. EPA,

       Respondents

------------------------------

Consolidated with 24-1044, 24-1045, 24-1046

     **BEFORE:**    Wilkins, Katsas, and Garcia, Circuit Judges

**O R D E R**

Upon consideration of the motions to govern, it is

**ORDERED** that these cases remain in abeyance pending further order of the court. The parties are directed to file motions to govern further proceedings in these cases within 14 days of the Supreme Court's disposition of the petitions for writ of certiorari in <u>Oklahoma v. EPA</u>, No. 23-1067 (petition for writ of certiorari filed March 28, 2024), and <u>PacifiCorp v. EPA</u>, No. 23-1068 (petition for writ of certiorari filed March 28, 2024).

In the event entry of a briefing schedule is requested, proposed formats for the briefing of these cases should be submitted. The parties are strongly urged to submit a joint proposal and are reminded that the court looks with extreme disfavor on repetitious submissions and will, where appropriate, require a joint brief of aligned parties with total words not to exceed the standard allotment for a single brief. Whether the parties are

# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 23-1102**                          **September Term, 2023**

aligned or have disparate interests, they must provide *detailed* justifications for any request to file separate briefs or to exceed in the aggregate the standard word allotment. Requests to exceed the standard word allotment must specify the word allotment necessary for each issue.

**Per Curiam**

                                         **FOR THE COURT:**
                                         Mark J. Langer, Clerk

                     BY:    /s/
                              Selena R. Gancasz
                              Deputy Clerk